# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV15-00080-DTB**                              Date: **May 31, 2016**

Title:  **Timothy Jones v. County of San Bernardino, et al**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| D. Castellanos | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEY PRESENT FOR PLAINTIFF(S):         ATTORNEY PRESENT FOR DEFENDANT(S):
          None Present                                            None Present

**PROCEEDINGS:        (IN CHAMBERS)**

      On April 27, 2016, the Court ordered the parties to prepare and lodge two copies of its proposed Findings of Fact and Conclusions of Law with the Court seven (7) calendar days before the trial date.  The trial is in this matter is currently set for June 6, 2016.  Therefore, the parties proposed Findings of Fact and Conclusions of Law were due on or before May 25, 2016.  The parties have failed to comply with the Court's April 27, 2016 Order.

      Accordingly, on or before June 2, 2016, the parties are ORDERED to show good cause in writing, if any exists, why the Court should not continue the trial date, or dismiss the action for lack of diligent prosecution and/or failure to comply with the Court's prior Order.

MINUTES FORM 11
CIVIL-GEN                                                        Initials of Deputy Clerk DC