## JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JONES, | Case No. EDCV 15-00080-DTB |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Findings of Fact and Conclusions of Law filed on August 17, 2016, IT IS ORDERED AND ADJUDGED that Judgment be entered as follows:

   (1) In favor of plaintiff on his claims for excessive force under the Fourteenth Amendment, battery, and negligence and awarding $45,000.00 in damages on plaintiff's Fourteenth Amendment claim; and

   (2) in favor of defendants John McMahon and the County of San Bernardino on plaintiff's custom and practice, failure to train, and ratification claims.

/ / /

/ / /

Any motion for attorney's fees or application to tax costs shall be filed in accordance with the Federal Rules of Civil Procedure and/or Local Rules following the entry of Judgment by the Court.

DATED: August 22, 2016

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE